**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-6649**

───────────

CHRISTOPHER R. RUTLEDGE,

        Plaintiff - Appellant,

    and

A.M.R.; A.D.R.,

        Plaintiffs,

    v.

WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE, University itself and any research labs connected; W.F. SCHOOL OF LAW, Dean, Professors, Students, Graduates; CAROL MILLIGAN; CHERYL BUSHMELL; DUKE UNIVERSITY; SCHOOL OF LAW (DUKE); N.C. DEPT. OF ADULT CORR.; TODD E. ISHEE; NEUSE CORR. REID, Warden; HOOPER, Psyche CP 2021-2022; NPR LEVISON, 2023 CP; SUMORA, Psyche 2023 CP; HARNETT, Psyche Jan-Aug 2023; NEUSE, Psyche Dec 2023-Now; DIRECTOR OF THE FBI; FBI; DIRECTOR OF THE CIA; OFFICE OF PUBLIC AFFAIRS AND INFORMATION; DON BROWN, Sheriff; COY REID, Retired Sheriff; JASON REID, Ex Deputy; BOSTON, Captain Retired; SHERIFF'S DEPARTMENT; CATAWBA COUNTY COURTS; CATAWBA COUNTY CLERK'S OFFICE; HICKORY POLICE DEPT.; DAVID ROCKETT, Sgt.; BRADLEY BEACH, JR., Highway Patrol, N.C. Trooper; CATAWBA POLICE DEPARTMENT; ALL FIRE DEPARTMENTS AND EMPLOYEES/VOLUNTEERS OF CATAWBA COUNTY, N.C.; CONOVER POLICE DEPARTMENT, Surrounding P.D.'s and Sheriff's including Statesville possibly Forsyth, Mecklenburg, etc.; CATAWBA VALLEY HOSPITAL; FRYE REGIONAL MED CENTER HOSPITAL; CATAWBA VALLEY BEHAVIORAL HEALTH; DR. SANTOSA; DON BROWN, Attorney; LENOIR RHYNE UNIVERSITY; APPALACHIAN STATE UNIVERSITY; N.C. STATE UNIVERSITY, to include Professors, Employees, Students, Interns, Graduates, etc.; CLEMSON UNIVERSITY, to include Professors, Employees, Students, Interns, Graduates, etc.; UNC CHARLOTTE, to include Professors, Employees, Students,

Interns, Graduates, etc.; UNC GREENSBORO, Hospitals/Healthcare and Employees; VARIOUS HOSPITALS AND HEALTH AND MENTAL HEALTH EMPLOYEES AND PLACES, including Rehabs and Employees; DEPARTMENT OF DEFENSE; NATIONAL SECURITY AGENCY; HOMELAND SECURITY; UNC CHAPEL HILL UNIVERSITY, School of Law and Prosecutors and Politics Project; DEPARTMENT OF JUSTICE; CATAWBA COUNTY DEPARTMENT OF SOCIAL SERVICES; JAY GAITHER, Former District Attorney Catawba County; JEFF HOUSTON, Houston Haircutters; WILL HOUSTON, Houston Haircutters; ANDREW GOLDSTEIN, Polygraph Examiner; STEPHEN PRIESTLY, Certified Public Accountant; DR. MYA VANG, Family Doctor; JAMILA MAYOYA, Physicians Assistant; CARY JAMES; TIM HEWITT; BOB LACKEY; ROB LACKEY; GENE GLAZE, his daughters and family; GLAZE CONSTRUCTION, Hickory Square and possibly their Churches; GARY STINSON, Attorney; BLAIR CODY, Attorney; BEN MOOSE, Attorney; MATTHEW POTEAT, Attorney; MARK HALL, Pastor; TIM LAIL PASTOR, every family member to Heron any Rutledge; PAUL PRUITT, Pastor; SHANNON RUTLEDGE-CHAMBERS; ARLAN FAIRCLOTH, Minister; MARK IVEY, Pastor Christ Alive Church; ADAM ASHOFF; BOBBY CHANDLER, Preacher; POOVEY BAPTIST CHURCH, Caldwell or Lenoir County; CHARLES KIGER, Pastor Mtn View Christ/Church; KATELYN POOVEY; MIKE WILLIAMS; SHERMAN FERFUASUN; BLACK FUNERAL HOME OWNER; PDI DETAIL BUSINESS OWNER, on Hwy 127; N.C. STATE CON. OF THE NAACP; RAY MATA; REITA PENDRY, Attorney; JOY MCMURRY MCCAPEL, Attorney; JERRY GILMORE; PHOSTELL, Owner Phostells Barbershop; TOMMY SAIN, Minister; CHRISTOPHER MARRELLI; CATAWBA COUNTY DISTRICT ATTORNEY'S OFFICE; ELEVATION CHURCH; CARY JAMES, Jaime Rutledge's sister; FAYE KAPP; JERRY KAPP; KRISTI KAPP; WESLEY KAPP; KEITH MCGEE; AIR FORCE HEATING AND AIR; VANESSA MASTROPOLO; LAUREH HOPE STALEY, Child Psychologist; CHARLIE GRAINGER RESTAURANT; RANDY RUTLEDGE; DIANE RUTLEDGE; LYNN RUTLEDGE; JAMIE RUTLEDGE; GINA RUTLEDGE; AYDAN RUTLEDGE; ELI RUTLEDGE; JASON RUTLEDGE; BILLY HALL, SR.; BILLY HALL, JR.; B. HALL SR'S BROTHER; RICHARD DAIGLER; TODD JENKINS; MATT DUNN; CAITLIN DESIREE; LEROY; SARAH; BRENT GOODSON; JOE FRANKS, Retired Homeland Sec.; WILLIAM RICHARDSON, a/k/a Twinkee; STEVEN RANDLE; LISA GRANTZ; SCOTT MILAR; SCOTT FOGELMAN; JUILENE ALMOND, a/k/a Jules; RICKY BOLICK; DERRICK HUSBAND; KATIE; JOHN SPRINKLE; CRYSTAL SPRINKLE; PAULINE AND ELVIN DEHART'S KIDS AND FAMILY; ZACH CRAWFORD; SHAUNA STACKS; JAIME REEVIS; DONNA MARIE BAISLEY; CADEN O'BRIAN; MAURICE CHEEKS; MICHAEL, Long View Police Dept and Ex Sheriff; KEITH SETZER; MONICA SETZER; AMY WILHEIM; BENJAMIN GRIFFIN; JACK CRANFORD; LAKEVIEW BAPTIST CHURCH, Hwy 127; MARCUS HOUSTON; SHAWN WARD; ALL MEDIA

2

PRODUCTION, FILM, DOCUMENTARY, OR ANY COMPANY, or Individual Connected to anything involved in filming me; JAMES FLESCHER, Attorney; ELKS LODGE; MASON'S LODGE; ROBERT LANG; MAYKELIN CENTENO; CAROLINA AND CO. HAIR SALON, Hairstylist and Owner; PAUL, Blueprint Barbershop Owner; PANIC ROOM, in Caldwell County; JONI PACK; LAFIA HAYES; DANIEL FLETCHER; STEPHANIE WILKERSON-YODER; CHASE HEIEN; ASHLEY HEIEN; MITCHELL, Piedmont Builders; MIKE, Piedmont Builders; DANNY DALTON, Piedmont Builders; CARLOS HICKMAN; LAWRENCE HICKMAN; JASON EARNHARDT; DONNIE HEAL; MEREDITH; BROCK BUMGARDNER; JON BOYLES; JASON SPAINHOUR; RUSTY SHIELDS; RODNEY GARROM; DON BEAL; CHUCK WHITE; TERRICK COLEMAN; MIKE KING; DEVON CARSON; SHAWN COOK; M.C. PRIEST, Officer; JOHNATHAN BRETT CROUSE; TIA THARPE; JOHN DOES, Client List; RESHAUN SOLOMAN; JADA; HART TWINS; JAIME MINTON; ANGIE COXER FOWLER; CHRIS QUICK; GINO AMATO; TERRY HELMS; LEHARMON DUNLAP; JOHN DOES, Stevie Best Cousins; KERRY CARVER; COREY CARVER; TRACEY HESTER; CHARLIE KRAMER; GORDON YULD; JENNIFER; JOHN DOES, A.A. and N.A. People; MARY HODGES; SAKURA RESTAURANT; WAMEENG LEE, Kloud 9 Vapes; DANIEL SIMMONS; TRACY SNYDER; STEPHANIE SNYDER; HEATHER STOLTZ; AMBER STOLTZ; NATASHA CANTER; LEE CANTER; MELVIN; MISTY DAVIS; CHAMILE; ALLISON WALSON; NINA SHARIFF; SAMANTHA DANIELS; JAIME DANIELS; COREY CLAGETT; ASHLEY CATTLES; LAMOUNT BOSTON; SHANNON FOWLER; JOHN DOES, People From W-S or Carver H.School; JOHN DOES, People from Hickory, Charlotte, or surrounding areas; JOHN DOES; ALLISON TAYLOR; LARRY QUINN; BRYAN LOPES; ROBERT VERNON JONES; JOHN DOES, Donna Marie Baisley's Best Friends; CHUCK; JOHN DOES, Spanish; ELON MUSK; TESLA NEURO LINK; CEPHOS CORP; NEUROSCIENCE INC.; SIBIA NEUROSCIENCES; PURDUE NEUROSCIENCE CO.; WECU TECHNOLOGIES; GAIA, INC.; NICK KIRKPATRICK; AUDREY S. KINCAID; CITY OF HICKORY; HICKORY DOWNTOWN ASSOCIATION; NIKKI; NICOLE; TONY SALERA; DAVIDSON COLLEGE; PURDUE PHARMA INC.; INDIANA UNIVERSITY; CHICAGO COLLEGE'S; RHODES TECH.; IMMUNOSCIENCES LAB INC.; NAYATT COVE LIFESCIENCE INC.; TESLA; PHARMSAN LABS INC.; CLAYOSMITH KLINE PLC; SMITHKLINE BEECHAM CORP.; CADUS PHARMA CORP.; TONI PACK; CTRL LABS; CLAXSMITH KLINE PLC; MAX PLANCK RESEARCH GROUP; UNIVERSITY OF CALIFORNIA'S WELL INSTITUTE; CAMBRIDGE UNIVERSITY; HEBREW UNIVERSITY OF JERUSALEM; GOTTINGEN CENTER FOR NEURO-SCIENCES, BIOPHYSICS AND MOLECULAR; COLUMBIA UNIVERSITY; STANFORD UNIVERSITY; HENSON ROBOTICS LIMITED; BLUE SHIELD OF CALIFORNIA; MIT UNIVERSITY; BEROUDADETT; JOHNS HOPKINS SCHOOL OF MEDICINE, Neuroscience; PRIVACY AND

3

CIVIL LIBERTIES OVERSIGHT BOARD; CIA MKULTRA PROGRAM; MILAB; DEPUTY DIRECTOR OF CIA FOR SCIENCE AND TECHNOLOGY; PACIFIC NEUROSCIENCE MEDICAL; CONSTELLATION PHARMACEUTICALS; PACIFIC NORTHWEST BIOTECHNOLOGY; ARISTO VOYDAMI; M3 BIOTECHNOLOGY, INC.; CITY UNIVERSITY OF NEW YORK; NYATT CORE LIFESCIENCES INC.; JAMES W. RUTLEDGE; BOBBY CHAMBERS; DUKE HOSPITAL; BOWMAN GRAY BAPTIST, Wake Forest Hospital; JACK WILKERSON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief Judge.  (3:24-cv-00404-MR)

_____

Submitted:  October 21, 2024                          Decided:  November 6, 2024

_____

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher R. Rutledge, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher R. Rutledge appeals the district court's order dismissing his amended civil rights action, filed pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Rutledge v. Wake Forest Univ. Sch. of Med.*, No. 3:24-cv-00404-MR (W.D.N.C. June 11, 2024).  We deny Rutledge's motions for the appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*